IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT NASHVILLE

JUNE 1997 SESSION

FILED

August 15, 1997

Cecil W. Crowson
Appellate Court Clerk

STATE OF TENNESSEE,          )
                             )
              APPELLEE,      )
                             )          No. 01-C-01-9608-CR-00375
                             )
                             )          Sumner County
v.                           )
                             )          Jane F. Wheatcraft, Judge
                             )
                             )          (Revocation of Community Corrections
                             )           Sentence)
MARSHALL L. SCRUGGS,         )
                             )
              APPELLANT.     )


FOR THE APPELLANT:

Pamela E. Beck
Assistant Public Defender
117 East Main Street, Suite 2C
Gallatin, TN 37066
(Appeal Only)

Nancy B. Meyers
Assistant Public Defender
117 East Main Street, Suite 2C
Gallatin, TN 37066
(Trial Only)

OF COUNSEL:

David A. Doyle
District Public Defender
117 East Main Street, Suite 2C
Gallatin, TN 37066

FOR THE APPELLEE:

John Knox Walkup
Attorney General & Reporter
500 Charlotte Avenue
Nashville, TN 37243-0497

Daryl J. Brand
Assistant Attorney General
450 James Robertson Parkway
Nashville, TN 37243-0493

Lawrence Ray Whitley
District Attorney General
113 Main Street
Gallatin, TN 37066-2803

Dee D. Gay
Assistant District Attorney General
113 Main Street
Gallatin, TN 37066-2803


OPINION FILED:_____


AFFIRMED PURSUANT TO RULE 20


Joe B. Jones, Presiding Judge

# O P I N I O N

The appellant, Marshall L. Scruggs (defendant), appeals as of right from a judgment of the trial court revoking his community corrections sentence and requiring him to serve the sentence previously imposed by the court.  In this Court, the defendant contends the trial court abused its discretion by revoking his probation.

This is the second community corrections revocation in this case.  The record reflects the defendant violated the terms of his house arrest.  He was subsequently arrested for underage consumption of alcohol, driving while under the influence, and driving while his license was suspended.  He was convicted of DUI and the other two charges were retired.

After a thorough review of the record, the briefs submitted by the parties, and the law governing the issue presented for review, it is the opinion of this Court that the judgment of the trial court should be affirmed pursuant to Rule 20, Tennessee Court of Criminal Appeals Rules.


_____
JOE B. JONES, PRESIDING JUDGE


CONCUR:


_____
WILLIAM M. BARKER, JUDGE


_____
THOMAS T. WOODALL, JUDGE